Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                        Plaintiff,<br><br>vs.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I-X,<br><br>                        Defendants.<br><hr>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>                        Counterclaimants,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                        Counterdefendants | Case No.  2:22-cv-00415-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), hereby stipulate and agree that SFR shall have an additional 14 days, up to and including **June 10, 2022**, to file its reply to its motion to dismiss counterclaims, which was due on May 27, 2022.  Shellpoint filed its response to SFR's motion to dismiss counterclaims on May 20, 2022.

- 1 -

Good cause exists to extend SFR's deadline to submit its reply. The parties have been working on a number of these files together, with a number of different extensions having been provided for Shellpoint to respond to SFR's complaints and motions to dismiss. In modifying each of the deadlines, SFR inadvertently miscalendared the deadline for filing its reply to the response in this matter.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of June, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: June 3, 2022