ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br>               Defendants. | Case No. 2:22-cv-00415-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO ALTER SCHEDULING ORDER AND AMEND COMPLAINT**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>               Counterclaimants,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>               Counterdefendants. | |

{65704792;1}

SFR Investments Pool 1, LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional two (2) days, up to and including **August 11, 2022**, to file its response to SFR's motion to alter scheduling order and amend complaint, which is currently due on August 9, 2022, pursuant to ECF No. 31. SFR's motion was filed on July 26, 2022.

Good cause exists to extend Shellpoint's deadline to respond to SFR's motion. Counsel for Shellpoint has been unable to finalize its response to the motion due to other pressing obligations and illness, and seeks a short extension to that end.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of August, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 8-10-2022

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572