ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00415-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION TO SFR'S MOTION FOR PROTECTIVE ORDER (ECF NO. 40)**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　Counter-Defendant. | |

　　　NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including

66453741;1

1  **September 28, 2022**, to file its response to SFR's motion for protective order, which is currently due
2  on September 21, 2022.  SFR's motion was filed on September 7, 2022 [ECF No. 40].

3  The parties enter into this stipulation to address current time and scheduling constraints on
4  Shellpoint's counsel.  Shellpoint's reply in support of its motion for protective order is currently due
5  on September 22, 2022.  Shellpoint's motion was filed on September 1, 2022 [ECF NO. 38], and
6  SFR's response was filed on September 15, 2022 [ECF No. 44].  SFR also filed a counter motion to
7  compel [ECF NO. 45].  Shellpoint's opposition is due September 29, 2022.  This is the parties' first
8  request for an extension of these deadlines and is not intended to cause any delay or prejudice to any
9  party.

10  DATED this 19th day of September, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00415-APG-VCF

9-20-2022
_____
**DATED**

2

{66429159;1}
66453741;1