# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | 2:22-cv-00415-APG-VCF<br><br>**ORDER** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | |

Before the court is the stipulation and order to extend discovery deadlines (ECF No. 39).

Accordingly,

IT IS HEREBY ORDERED that the stipulation and order to extend discovery deadlines (ECF No. 39), is GRANTED.  The deadlines to amend/add parties, discovery cut-off, dispositive motion, and proposed joint pretrial order, are VACATED, pending further order of the court.  The court will set new deadlines after resolution of the pending protective order motions and countermotions to compel.

Dated this 21st day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE