1  Karen L. Hanks, Esq.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   Chantel M. Schimming, Esq.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  Hanks Law Group
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00415-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I-X, | **(FIRST REQUEST)** |
| Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimants, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counterdefendants | |

SFR Investments Pool 1, LLC (SFR), and non-party Bank of America, N.A. (BANA), hereby stipulate and agree that SFR shall have up to and including **October 7, 2022**, to file its response to BANA's motion for protective order [ECF No. 41], which is currently due on September 22, 2022. Recently, the Court granted Shellpoint's motion for judgment on the pleadings which moots part of the subpoena SFR issued to BANA for both document production

- 1 -

and deposition. However, on September 28, 2022, a hearing is scheduled on SFR's motion to amend complaint and alter scheduling order which, if granted, SFR believes will render part of the subpoena to BANA still relevant. As such, the parties desire to wait for the results of the hearing before SFR responds to BANA's motion.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 22nd day of September, 2022.

| **WRIGHT FINLAY & ZAK, LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Darren T. Brenner* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> 7785 W. Sahara Avenue, Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for non-party Bank of America, N.A.* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-23-2022 _____

- 2 -