ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00415-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT (ECF NO. 60)**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Defendant. | |

. . .

67032258;1

NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, hereby stipulate and agree that Shellpoint shall have an additional thirty (30) days, up to and including **November 25, 2022**, to file its response to SFR's first amended complaint, which is currently due October 26, 2022.  SFR's first amended complaint was filed on October 12, 2022 [ECF No. 60].

Good cause exists to grant the requested extension.  The subject loan is owned by Federal National Mortgage Association (**Fannie Mae**).  Fannie Mae is under conservatorship with the Federal Finance Housing Agency (FHFA).  SFR has brought a claim for wrongful foreclosure/violation of NRS 40.462, alleging it is entitled to damages based on the amount paid by a third-party purchaser at the deed of trust foreclosure sale on May 20, 2022. [ECF No. 60 at 4, 6].  Because Fannie Mae owns the loan, the response to SFR's complaint as amended is subject to multiple levels of review, including review by the FHFA.  This necessitates additional time, and is good cause for the court to grant the requested extension. This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of October, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00415-APG-VCF
10-27-2022
**DATED**

2

{67032258;1}