ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00415-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT (ECF NO. 60)**<br><br>**(SECOND REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Counter-Defendant. | |

. . .

{67354159;1}

NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including **December 2, 2022**, to file its response to SFR's first amended complaint, which is currently due November 25, 2022. SFR's first amended complaint was filed on October 12, 2022 [ECF No. 60].

Good cause exists to grant the requested extension. The parties previously stipulated to a thirty day extension, with the deadline falling on November 25, 2022. Shellpoint's counsel did not take into account the holiday on November 24, 2022. The offices of Shellpoint's counsel will be closed on November 24 and November 25. Additionally, Shellpoint's counsel will be out on leave preceding the holiday office closure. This is the parties' second request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of November, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00415-APG-VCF
   11-17-2022
_____
**DATED**

{67354159;1}

2