KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I-X, <br><br> Defendants. | Case No. 2:22-cv-00415-APG-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

SFR Investments Pool 1, LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that SFR shall have an additional thirty days, up to and including January 19, 2023 to file its response to Shellpoint's motion to dismiss amended complaint [ECF No. 69], which is currently due on December 19, 2022.

Good cause exists to extend SFR's deadline to respond because the parties are engaged in active settlement negotiations and need additional time to consider the offers to each other.

/ / /

/ / /

/ / /

/ / /

- 1 -

1  This is the parties' first request for an extension of this deadline and is not intended to cause
2  any delay or prejudice to any party.
3  DATED this 16th day of December, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: December 19, 2022