ARIEL STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00415-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO WITHDRAW PENDING MOTIONS AND VACATE HEARING** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counter-Defendant. | |

67890701;1

1   NewRez, LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC submit this stipulation and order to withdraw all pending motions in this matter: Shellpoint's motion to dismiss (ECF No. 69); Shellpoint's motion for protective order (ECF No. 38); SFR's motion for protective order (ECF No. 40) and SFR's countermotion to compel (ECF No. 45). The parties also request that the court vacate the hearing on the motions for protective order and countermotion to compel scheduled for January 4, 2023 at 2:00 p.m. (ECF No. 68).

| DATED: December 21, 2022. | DATED: December 21, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Melanie D. Morgan | /s/ Karen L. Hanks |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before February 24, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
2:22-cv-00415-APG-VCF
12-22-2022
DATED

2

67890701;1