MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00415-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED STIPULATION AND ORDER FOR DISMISSAL**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>                    Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Counter-Defendant. | |

{68833775;1}

NewRez, LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC submit this stipulation and order to extend time to file proposed stipulation and order for dismissal. In this court's order dated December 22, 2022 [ECF No. 74], the parties were ordered to file a proposed stipulation and order for dismissal on or before February 24, 2023. The settlement documents have been prepared and are currently circulating between Shellpoint and SFR for final approval. Shellpoint and SFR expect settlement to be finalized within the next forty-five (45) days and would ask that this court allow up to and including **April 10, 2023**, to file a stipulation of dismissal in this matter.

DATED this 20th day of February, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Melanie D. Morgan | /s/ Chantel M. Schimming |
| MELANIE D. MORGAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9578 |
| PAIGE L. MAGASTER, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 15557 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
2:22-cv-00415-APG-VCF
2-22-2023
DATED